**BANNUM, INC., Appellant,**

v.

**Alberto R. GONZALES, Attorney**
**General, Department of**
**Justice, Appellee.**

**No. 2006–1126.**

United States Court of Appeals,
Federal Circuit.

July 20, 2006.

ON MOTION

*ORDER*

Bannum, Inc. moves without opposition to voluntarily dismiss its appeal from the Department of Transportation Board of Contract Appeals' decision in *Bannum v. Justice,* nos. 4450 and 4451.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) All remaining motions are moot.

(3) Each side shall bear its own costs.